**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00009-JRG |
| | § | |
| SACO TECHNOLOGIES INC., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Ultravision Technologies, LLC's ("Plaintiff") Notice of Voluntary Dismissal Without Prejudice (the "Notice"). (Dkt. No. 10). In the same, Plaintiff dismisses its claims against Defendant Saco Technologies Inc. ("Defendant") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having considered the Notice, the Court is of the opinion that the same should be and hereby is **APPROVED**.

Accordingly, the Court **RECOGNIZES** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 3rd day of February, 2021.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE